17-1920  David Stebbins v. Arkansas, State of, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/28/2017

**Case Name:**    David Stebbins v. Arkansas, State of, et al
**Case Number:**  17-1920

**Docket Text:**
Civil case docketed. [4530454] [17-1920]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Mr. David A. Stebbins
Apartment D
123 W. Ridge Street
Harrison, AR  72601

**Notice will be electronically mailed to:**

Ms. Ka Tina R. Hodge: katina.hodge@arkansasag.gov, agcivil@arkansasag.gov,toni.hamp@arkansasag.gov
Mr. Jason E Owens: owens@rainfirm.com, sandi@rainfirm.com,fonda@rainfirm.com,miranda@rainfirm.com
Mr. David A. Stebbins: stebbinsd@yahoo.com
Mr. Douglas F. Young: