# U. S. District Court
# Western District of Arkansas (Harrison)
# CIVIL DOCKET FOR CASE #: 3:17−cv−03016−TLB

| | |
|---|---|
| Stebbins v. Arkansas, State of et al | Date Filed: 02/27/2017 |
| Assigned to: Honorable Timothy L. Brooks | Date Terminated: 04/14/2017 |
| Case in other court: Arkansas Eastern, 4:16−cv−00878 | Jury Demand: Both |
| Cause: 42:1983 | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David A. Stebbins**  represented by  **David A. Stebbins**
*stebbinsd@yahoo.com*  123 W. Ridge St. Apt D.
Harrison, AR 72601
870−204−6516
PRO SE

V.

**Defendant**

**Arkansas, State of**  represented by  **Jason E. Owens**
Rainwater, Holt &Sexton, P.A.
P.O. Box 17250
Little Rock, AR 72222−7250
(501) 868−2500
Fax: (501) 868−2505
Email: owens@rainfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ka Tina R. Hodge**
Arkansas Attorney General's Office
323 Center Street
Suite 200
Little Rock, AR 72201
(501) 682−1307
Fax: (501) 682−2591
Email: katina.hodge@arkansasag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Boone County Circuit Court**  represented by  **Jason E. Owens**
*Clerk*  (See above for address)
*ATTORNEY TO BE NOTICED*

Email All Attorneys (Primary Address)
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/02/2016 | 1 | | MOTION for Leave to Proceed in forma pauperis by David A Stebbins. (kdr) [Transferred from ared on 2/27/2017.] (Entered: 12/02/2016) |
| 12/02/2016 | 2 | | COMPLAINT with Jury Demand against All Defendants, filed by David A Stebbins.(kdr) [Transferred from ared on 2/27/2017.] (Entered: 12/02/2016) |
| 12/02/2016 | 3 | | MOTION to Appoint Counsel and Brief by David A Stebbins. (kdr) [Transferred from ared on 2/27/2017.] (Entered: 12/02/2016) |
| 12/15/2016 | 4 | | **ORDER granting 1 Plaintiff David A. Stebbins's motion to proceed in forma pauperis; assessing Stebbins an initial partial filing fee of $20; directing him to pay $20 every subsequent month until the entire $400 filing fee is satisfied; denying, without prejudice, 3 Stebbins's motion to appoint counsel; notifying plaintiff of Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas; and directing him to become familiar with, and follow, the Federal Rules of Civil Procedure as well as the Local Rules of this court. Signed by Chief Judge Brian S. Miller on 12/15/2016. (kdr) [Transferred from ared on 2/27/2017.] (Entered: 12/15/2016)** |
| 01/10/2017 | 5 | | MOTION for Martial Service and Notice of First Payment dated 12/19/2016 filed by David A Stebbins. (alm) [Transferred from ared on 2/27/2017.] (Entered: 01/10/2017) |
| 01/10/2017 | 6 | | MOTION for Martial Service and Notice of First Payment dated 01/07/2016 filed by David A Stebbins. (alm) [Transferred from ared on 2/27/2017.] (Entered: 01/10/2017) |
| 01/13/2017 | 7 | | **ORDER granting 5 6 Plaintiff David A. Stebbins's motions for service; directing the clerk to prepare a summons for the State of Arkansas and the Boone County circuit clerk, and directing the USMS to serve the summons and 2 complaint on them without prepayment of fees and costs or security. Signed by Chief Judge Brian S. Miller on 1/13/2017. (kdr) [Transferred from ared on 2/27/2017.] (Entered: 01/13/2017)** |
| 01/13/2017 | | | Summons Issued as to Arkansas, State of and Boone County Circuit Court. Forwarded to USMS for service. (kdr) [Transferred from ared on 2/27/2017.] (Entered: 01/13/2017) |
| 01/25/2017 | 8 | | SUMMONS Returned Executed. Boone County Circuit Court served on 1/20/2017. (scw) [Transferred from ared on 2/27/2017.] (Entered: 01/25/2017) |
| 02/02/2017 | 9 | | Summons Returned Unexecuted as to Arkansas, State of. (scw) [Transferred from ared on 2/27/2017.] (Entered: 02/02/2017) |
| 02/06/2017 | 10 | | NOTICE of Payment re 4 Order on Motion for Leave to Proceed in forma pauperis filed by David A Stebbins. (alm) [Transferred from ared on 2/27/2017.] (Entered: 02/06/2017) |
| 02/06/2017 | 11 | | MOTION and Brief for Waiver of Payment for March 2017 filed by David A Stebbins. (alm) [Transferred from ared on 2/27/2017.] (Entered: 02/06/2017) |
| 02/06/2017 | 12 | | NOTICE of Appearance by Jason E. Owens on behalf of Boone County |

| | | | |
|---|---|---|---|
| | | | Circuit Court (Owens, Jason) [Transferred from ared on 2/27/2017.] (Entered: 02/06/2017) |
| 02/06/2017 | 13 | | MOTION to Dismiss by Boone County Circuit Court (Owens, Jason) [Transferred from ared on 2/27/2017.] (Entered: 02/06/2017) |
| 02/06/2017 | 14 | | BRIEF IN SUPPORT re 13 Motion to Dismiss filed by Boone County Circuit Court. (Owens, Jason) [Transferred from ared on 2/27/2017.] (Entered: 02/06/2017) |
| 02/06/2017 | 15 | | ANSWER to 2 Complaint with Jury Demand by Boone County Circuit Court.(Owens, Jason) [Transferred from ared on 2/27/2017.] (Entered: 02/06/2017) |
| 02/07/2017 | 16 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 11 motion for waiver of payment for March 2017. Plaintiff is directed to begin making payments again in April 2017. Signed by Chief Judge Brian S. Miller on 02/07/2017. (dlj) [Transferred from ared on 2/27/2017.] (Entered: 02/07/2017) |
| 02/08/2017 | 17 | | **INITIAL SCHEDULING ORDER: Rule 26(f) Conference to occur by 4/17/2017; Rule 26(f) Report due by 5/1/2017; Proposed Jury Trial is set for the week of 2/26/2018 at 9:30 AM in Little Rock Courtroom # 2D before Chief Judge Brian S. Miller. Signed at the Direction of the Court on 2/08/2017. (plm) [Transferred from ared on 2/27/2017.] (Entered: 02/08/2017)** |
| 02/21/2017 | 18 | | MOTION for Marshal Service by David A Stebbins (jap) [Transferred from ared on 2/27/2017.] (Entered: 02/21/2017) |
| 02/21/2017 | 19 | | RESPONSE to Motion re 13 MOTION to Dismiss by Boone County Circuit Clerk filed by David A Stebbins. (jap) [Transferred from ared on 2/27/2017.] (Entered: 02/21/2017) |
| 02/21/2017 | 20 | | MOTION and Incorporated Brief in Support Thereof for Sanctions by David A Stebbins (jap) [Transferred from ared on 2/27/2017.] (Entered: 02/21/2017) |
| 02/21/2017 | 21 | | MOTION for Summary Judgment by David A Stebbins (jap) [Transferred from ared on 2/27/2017.] (Entered: 02/21/2017) |
| 02/21/2017 | 22 | | STATEMENT Of Undisputed Facts In Support re 21 Motion for Summary Judgment filed by David A Stebbins. (jap) [Transferred from ared on 2/27/2017.] (Entered: 02/21/2017) |
| 02/21/2017 | 23 | | BRIEF IN SUPPORT re 21 Motion for Summary Judgment filed by David A Stebbins. (jap) [Transferred from ared on 2/27/2017.] (Entered: 02/21/2017) |
| 02/27/2017 | 24 | | **ORDER directing the clerk to immediately transfer Stebbins's case file to the Western District of Arkansas, Harrison Division, John Paul Hammerschmidt Federal Building, 35 East Mountain Street, Room 150, Fayetteville, Arkansas 72701–5354. Signed by Chief Judge Brian S. Miller on 2/27/2017. (kdr) [Transferred from ared on 2/27/2017.] (Entered: 02/27/2017)** |
| 02/27/2017 | 25 | | Case transferred in from District of Arkansas Eastern; Case Number 4:16–cv–00878. Docket sheet received. (Entered: 02/27/2017) |

| | | | |
|---|---|---|---|
| 02/27/2017 | | | ***DISREGARD*** TEXT ONLY NOTICE: COMPLAINT REFERRED (42:1983) transferred in from Eastern District of Arkansas. (tg) Modified on 2/28/2017 (tg). (Entered: 02/27/2017) |
| 02/27/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) 25 NEF of Case Transferred In – District Transfer and 24 Order Transferring Case to Another District were mailed to non–ECF Case Participant David A. Stebbins on 2/27/2017. (tg) (Entered: 02/27/2017) |
| 02/28/2017 | 26 | | Magistrate Notice/Consent Furnished. (tg) (Entered: 02/28/2017) |
| 02/28/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) 26 Magistrate Notice/Consent was mailed to non–ECF Case Participant David A. Stebbins on 2/28/2017. (tg) (Entered: 02/28/2017) |
| 03/02/2017 | 27 | | **CASE MANAGEMENT ORDER: Final Pretrial Conference set for 2/13/2018 09:00 AM in Fayetteville –– 5th flr (Rm 509) before Honorable Timothy L. Brooks. JURY TRIAL set for 2/26/2018 09:00 AM in Fayetteville –– 5th flr (Rm 509) before Honorable Timothy L. Brooks. Signed by Honorable Timothy L. Brooks on March 2, 2017. (slc) (Entered: 03/02/2017)** |
| 03/02/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document 27 Case Management Order was mailed to non–ECF Case Participant David A. Stebbins on 3/2/2017. (slc) (Entered: 03/02/2017) |
| 03/02/2017 | 28 | | MOTION And Incorporated Brief In Support Thereof For Appointment Of Counsel by David A. Stebbins. (tg) (Entered: 03/02/2017) |
| 03/02/2017 | | | **TEXT ONLY ORDER REFERRING CASE to Honorable Erin L. Setser for all pretrial matters. Signed by Honorable Timothy L. Brooks on March 2, 2017. Motions referred to Erin L. Setser.(slc) (Entered: 03/02/2017)** |
| 03/02/2017 | | | DOCKET ANNOTATION OF MAILING: An NEF of a TEXT ONLY ENTRY filed was mailed to non–ECF Case Participant David Stebbins on 3/2/2017. (slc) (Entered: 03/02/2017) |
| 03/02/2017 | 29 | | **ORDER Setting Hearing: Settlement Conference set for 12/5/2017 09:00 AM in Fayetteville – 2nd flr (Rm 210) before Honorable Erin L. Setser. Signed by Honorable Erin L. Setser on March 2, 2017. (kht) (Entered: 03/02/2017)** |
| 03/02/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document 29 Order Setting Settlement Conference was mailed to non–ECF Case Participant David A. Stebbins on 3/2/2017. (kht) (Entered: 03/02/2017) |
| 03/03/2017 | | | DOCKET ANNOTATION OF MAILING: An NEF of a TEXT ONLY ENTRY filed 3/3/17 Case Referred to Magistrate Judge was mailed to non–ECF Case Participant David A. Stebbins on 3/3/2017. (jn) (Entered: 03/03/2017) |
| 03/06/2017 | | | TEXT ONLY NOTICE of Change of Address for David A. Stebbins per telephone call from Plaintiff. (rg) (Entered: 03/06/2017) |
| 03/06/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following |

| | | | |
|---|---|---|---|
| | | | document(s) 25 Case Transferred In – District Transfer, 29 Order Setting/Resetting Hearings, Notice of Change of Address−TEXT ONLY, 28 Motion to Appoint Counsel, 26 Magistrate Notice/Consent Furnished, Order Referring Case to Magistrate Judge, 24 Order Transferring Case to Another District, 27 Final Scheduling Order, were mailed to non−ECF Case Participant(s) David A. Stebbins on 3/6/2017. (rg) (Entered: 03/06/2017) |
| 03/06/2017 | 30 | | Mail Returned as Undeliverable marked Return to sender not deliverable as addressed. Mail originally sent to David A. Stebbins at 1407 N Spring Road #5, Harrison, AR 72601 including Docket Annotation of Mailing, filed by David A. Stebbins. Resent to 123 W. Ridge St Apt D, Harrison, AR. (rg) (Entered: 03/06/2017) |
| 03/07/2017 | 31 | | MOTION for Extension of Time to Complete Discovery , MOTION for Extension of Time to File Response/Reply as to 21 MOTION for Summary Judgment by Arkansas, State of, Boone County Circuit Court. Motions referred to Mark E. Ford.(Owens, Jason) (Entered: 03/07/2017) |
| 03/07/2017 | 32 | | RESPONSE to Motion re 20 MOTION for Sanctions filed by Arkansas, State of, Boone County Circuit Court. (Owens, Jason) (Entered: 03/07/2017) |
| 03/07/2017 | | | **TEXT ONLY ORDER Cancelling Deadline: Settlement Conference 29 set for 12/5/2017 has been cancelled due to the case being referred to Honorable Mark E. Ford. Case no longer referred to Honorable Erin L. Setser. Signed by Honorable Erin L. Setser on March 7, 2017. (kht) (Entered: 03/07/2017)** |
| 03/07/2017 | | | DOCKET ANNOTATION OF MAILING: An NEF of a TEXT ONLY Order Cancelling Settlement Conference was mailed to non−ECF Case Participant David A. Stebbins on 3/7/2017. (kht) (Entered: 03/07/2017) |
| 03/08/2017 | 33 | 10 | **ORDER granting 18 Motion for Service on State of Arkansas, denying 20 Motion for Sanctions; denying 28 Motion to Appoint Counsel ; ORDER DIRECTING THE MARSHALS SERVICE TO SERVE State of Arkansas and granting 21 days to answer Signed by Honorable Mark E. Ford on March 8, 2017. (tg) (Entered: 03/08/2017)** |
| 03/08/2017 | 34 | | **THE DOCUMENT IS RESTRICTED TO COURT USERS.**<br><br>Summons Issued as to Arkansas, State of and USM285 Form(s) Delivered to USMS for each defendant for whom summons was issued with the following documents attached: re 33 Order on Motion for Service, Order on Motion for Sanctions, Order on Motion to Appoint Counsel, Order Directing Service, 26 Magistrate Notice/Consent Furnished and 2 Complaint. (tg) (Entered: 03/08/2017) |
| 03/08/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) 34 NEF of Summons Issued, 33 Order on Motion for Service, Order on Motion for Sanctions, Order on Motion to Appoint Counsel, Order Directing Service were mailed to non−ECF Case Participant David A. Stebbins on 3/8/2017. (tg) (Entered: 03/08/2017) |
| 03/09/2017 | 35 | | Mail Returned as Undeliverable marked RTS Not deliverable as addressed. Mail originally sent to David Stebbins at 1407 N. Spring Road #5, Harrison, AR including 26 Magistrate Notice/Consent. Resent to 123 W. Ridge Street, |

| | | | |
|---|---|---|---|
| | | | Apt. D, Harrison, AR. (tg) (Entered: 03/09/2017) |
| 03/15/2017 | 36 | | MOTION and Incorporated Brief in Support Thereof for Change Of Venue by David A. Stebbins. Motions referred to Mark E. Ford.(tg) (Entered: 03/15/2017) |
| 03/15/2017 | 37 | | OBJECTION to 33 Magistrate Judge's Order Denying 20 Motion For Sanctions and Denying 28 Motion to Appoint Counsel. (tg) (Entered: 03/15/2017) |
| 03/15/2017 | 38 | | RESPONSE In Opposite to 31 Motion to Continue Discovery and Extend Time to File Response/Reply to Motion for Summary Judgment filed by David Stebbins. (Entered: 03/15/2017) |
| 03/15/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) 37 Objection(s), 36 Motion to Change Venue, 38 Response were mailed to non−ECF Case Participant David A. Stebbins on 3/15/2017. (tg) (Entered: 03/15/2017) |
| 03/17/2017 | 39 | | **ORDER OVERRULING 37 Objection to 33 Order filed by David A. Stebbins. Signed by Honorable Timothy L. Brooks on March 17, 2017. (tg) (Entered: 03/17/2017)** |
| 03/17/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) 39 Order was mailed to non−ECF Case Participant David A. Stebbins on 3/17/2017. (tg) (Entered: 03/17/2017) |
| 03/29/2017 | 40 | | SUMMONS Returned Executed Arkansas, State of served on 3/20/2017, answer due 4/10/2017. (src) (Entered: 03/29/2017) |
| 03/29/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) 40 Summons Returned Executed NEF was mailed to non−ECF Case Participant(s) David A. Stebbins on 3/29/2017. (src) (Entered: 03/29/2017) |
| 03/30/2017 | | | **TEXT ONLY ORDER denying 36 Motion to Change Venue. As of on or about November 1, 2015, the Western District of Arkansas no longer operates or maintains a courthouse facility in its Harrison division. All civil cases pending in the Harrison division are heard and tried in Fayetteville. Petit jurors for all Harrison and Fayetteville division civil cases are selected from the Court's Northwest Division venire panel in accordance with the Court's Jury Plan. See http://www.arwd.uscourts.gov/sites/arwd/files/jury−plan_0.pdf Signed by Honorable Timothy L. Brooks on March 30, 2017. (Brooks, Timothy) Modified on 3/31/2017 to add text (rg). (Entered: 03/30/2017)** |
| 03/31/2017 | | | DOCKET ANNOTATION OF MAILING: An NEF of a TEXT ONLY ENTRY filed 3−31−17 Order on Motion to Change Venue, was mailed to non−ECF Case Participant(s) David A. Stebbins on 3/31/2017. (rg) (Entered: 03/31/2017) |
| 04/06/2017 | 41 | | MOTION FOR LEAVE TO AMEND 2 Complaint by David A. Stebbins. Motions referred to Mark E. Ford.(rg) (Entered: 04/06/2017) |
| 04/06/2017 | 42 | | SUPPLEMENT by Plaintiff David A. Stebbins to 21 MOTION for Summary Judgment. (rg) (Entered: 04/06/2017) |

| Date | # | | Description |
|---|---|---|---|
| 04/06/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) 41 Motion to Amend/Correct, 42 Supplement were mailed to non−ECF Case Participant(s) David A. Stebbins on 4/6/2017. (rg) (Entered: 04/06/2017) |
| 04/07/2017 | 43 | | MOTION for Extension of Time to File Answer re 2 Complaint by Arkansas, State of. Motions referred to Mark E. Ford.(Hodge, Ka Tina) (Entered: 04/07/2017) |
| 04/07/2017 | 44 | | NOTICE of Appearance by Ka Tina R. Hodge on behalf of Arkansas, State of. (Hodge, Ka Tina) (Entered: 04/07/2017) |
| 04/09/2017 | 45 | | MOTION to Supplement 43 MOTION for Extension of Time to File Answer re 2 Complaint by Arkansas, State of. Motions referred to Mark E. Ford.(Hodge, Ka Tina) (Entered: 04/09/2017) |
| 04/12/2017 | 46 | | MOTION and incorporated brief in support thereof to continue 27 scheduling order by David A. Stebbins. Motions referred to Mark E. Ford.(rg) (Entered: 04/12/2017) |
| 04/12/2017 | 47 | | MOTION and incorporated brief in support thereof for default and for default judgment by David A. Stebbins. Motions referred to Mark E. Ford.(rg) (Entered: 04/12/2017) |
| 04/12/2017 | 48 | | UNILATERAL 26(f) REPORT by David A. Stebbins. (rg) (Entered: 04/12/2017) |
| 04/12/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) 46 Motion for Miscellaneous Relief, 47 Motion for Miscellaneous Relief, 48 Report of Rule 26(f) Planning Meeting were mailed to non−ECF Case Participant(s) David A. Stebbins on 4/12/2017. (rg) (Entered: 04/12/2017) |
| 04/13/2017 | | | Case no longer referred to Honorable Mark E. Ford per Erika in TLB chambers. (tg) (Entered: 04/13/2017) |
| 04/13/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) NEF of Case No Longer Referred was mailed to non−ECF Case Participant David A. Stebbins on 4/13/2017. (tg) (Entered: 04/13/2017) |
| 04/13/2017 | | | **TEXT ONLY ORDER granting 45 Motion for Extension of Time to file answer or other responsive pleading. The new deadline for filing is May 10, 2017. Signed by Honorable Timothy L. Brooks on April 13, 2017. (ee) (Entered: 04/13/2017)** |
| 04/13/2017 | | | **TEXT ONLY ORDER finding as moot 43 Motion for Extension of Time to Answer. Signed by Honorable Timothy L. Brooks on April 13, 2017. (ee) (Entered: 04/13/2017)** |
| 04/13/2017 | | | **TEXT ONLY ORDER denying 47 Motion for Default Judgment and/or Sanctions. Signed by Honorable Timothy L. Brooks on April 13, 2017. (ee) (Entered: 04/13/2017)** |
| 04/14/2017 | | | DOCKET ANNOTATION OF MAILING: An NEF of a TEXT ONLY ORDERS filed 4−13−17 re motions 43 , 45 &47 Order on Motion for Miscellaneous Relief, Order on Motion for Extension of Time to Answer, |

| | | | |
|---|---|---|---|
| | | | Order on Motion to Supplement were mailed to non–ECF Case Participant(s) David A. Stebbins on 4/14/2017. (rg) (Entered: 04/14/2017) |
| 04/14/2017 | 49 | | **MEMORANDUM OPINION AND ORDER denying 41 Motion to Amend/Correct; all other pending motions are moot. Signed by Honorable Timothy L. Brooks on April 14, 2017. (src) (Entered: 04/14/2017)** |
| 04/14/2017 | 50 | | **JUDGMENT OF DISMISSAL WITH PREJUDICE. Signed by Honorable Timothy L. Brooks on April 14, 2017. (src) (Entered: 04/14/2017)** |
| 04/14/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) 50 Order of Dismissal, 49 Order on Motion to Amend/Correct, Memorandum Opinion and Order were mailed to non–ECF Case Participant(s) David A. Stebbins on 4/14/2017. (src) (Entered: 04/14/2017) |
| 04/17/2017 | 51 | 13 | NOTICE OF INTERLOCUTORY APPEAL as to 33 Order on Motion for Sanctions, Order on Motion to Appoint Counsel and 39 Order Overruling Objections by David A. Stebbins. (jn) (Entered: 04/17/2017) |
| 04/17/2017 | 52 | | MOTION for Leave to Appeal in forma pauperis by David A. Stebbins. (jn) (Entered: 04/17/2017) |
| 04/17/2017 | | | MOTIONS REFERRED: 52 MOTION for Leave to Appeal in forma pauperis. Motions referred to Honorable Erin L. Wiedemann.(jn) (Entered: 04/17/2017) |
| 04/17/2017 | | | Motions No Longer Referred: 52 MOTION for Leave to Appeal in forma pauperis. (jn). (Entered: 04/17/2017) |
| 04/18/2017 | 53 | | **ORDER denying 52 Motion for Leave to Appeal in forma pauperis. See Order for specifics. Signed by Honorable Timothy L. Brooks on April 18, 2017. (tg) (Entered: 04/18/2017)** |
| 04/18/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) 53 Order on Motion for Leave to Appeal in forma pauperis was mailed to non–ECF Case Participant David A. Stebbins on 4/18/2017. (tg) (Entered: 04/18/2017) |
| 04/20/2017 | 54 | 15 | NOA SUPPLEMENT FORM re 51 Notice of Interlocutory Appeal (civil) filed by David A. Stebbins. (jn) (Entered: 04/20/2017) |
| 04/20/2017 | 55 | | MOTION for Reconsideration and to Recuse re 50 Order of Dismissal by David A. Stebbins. (tg) (Entered: 04/20/2017) |
| 04/20/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document 54 NOA Supplement Form was mailed to non–ECF Case Participant David A. Stebbins on 4/20/2017. (jn) (Entered: 04/20/2017) |
| 04/20/2017 | 56 | | MEMORANDUM BRIEF in Support of 55 MOTION for Reconsideration and to Recuse re 50 Order of Dismissal by David A. Stebbins. (tg) (Entered: 04/20/2017) |
| 04/20/2017 | | | DOCKET ANNOTATION OF MAILING: A copy of the following document(s) 55 Motion for Reconsideration, Motion for Recusal and 56 Memorandum Brief in Support were mailed to non–ECF Case Participant |

| | | | David A. Stebbins on 4/20/2017. (tg) (Entered: 04/20/2017) |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                     PLAINTIFF

v.                   Civil No. 3:17-cv-03016

STATE OF ARKANSAS; and
the BOONE COUNTY CIRCUIT
COURT CLERK                                                DEFENDANTS

**ORDER**

Pending before me for decision are the following motions: (1) a motion for service (Doc. 18); (2) a motion for sanctions (Doc. 20); and (3) a motion for appointment of counsel (Doc. 28).

**Motion for Service** (Doc. 18)

Prior to transfer to this district, service had been ordered on the State of Arkansas. Service was returned unexecuted because the Arkansas Attorney General was not the proper party to serve. Plaintiff has now asked us to direct service on the State of Arkansas. The motion (Doc. 18) is **GRANTED.**

The time to serve is hereby extended to ninety (90) days of the date of this order. Fed. R. Civ. P. 4(m). The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* and directing the Clerk to file the complaint, hereby directs the United States Marshal to serve the State of Arkansas. The State of Arkansas may be served by serving Governor Asa Hutchinson, 500 Woodlane St., Little Rock, AR 72201.

The State of Arkansas should be served without prepayment of fees and costs or security therefor. The Defendant is ordered to answer within twenty-one (21) days from the date of service.

**The Clerk is directed to prepare and issue summons and a USM 285 for each**

**Defendant being served.**

### Motion for Sanctions (Doc. 20)

In this motion, Plaintiff references a statement in the motion to dismiss filed by the Boone County Circuit Court Clerk. Specifically, Plaintiff states in the brief in support of the motion to dismiss the statement is made that the Clerk had no interaction with the Plaintiff. Plaintiff states this is a "bald-faced lie" and attaches e-mails between him and the Clerk. Because of this lie, Plaintiff asks that the Clerk be sanctioned.

Plaintiff has taken this statement out of context. The document states as follows:

> In fact, the Complaint doesn't allege any interaction between the Plaintiff and the Circuit Clerk at all (no reasonable juror could conclude that the alleged failure to include a single page in a voluminous record was the Circuit Clerk's attempt to intentionally retaliate, on the basis of disability, against a litigant without an obvious disability with whom she had no interaction).

Doc. 14 at pg. 3. The motion for sanctions (Doc. 20) is **DENIED.**

### Motion for Appointment of Counsel (Doc. 28)

Plaintiff asserts that he cannot represent himself effectively. He notes he has filed several *pro se* lawsuits and has been successful in none of them. Plaintiff says "[t]his would either suggest that the judiciary was throwing my cases out for no reason, or I do not know how to represent myself, even if I may understand the basics." He then points to several statements made by various judges in the cases he has filed.

In Mallard v. United States District Court, 490 U.S. 296 (1989), the Supreme Court held that 28 U.S.C. § 1915 does not authorize a federal court to require an unwilling attorney to represent an indigent litigant in a civil case. Section 1915(e)(1) provides: "the court may request an attorney to represent any person unable to afford counsel."

"Indigent civil litigants do not have a constitutional or statutory right to appointed counsel." Edgington v. Missouri Dept. of Corrections, 52 F.3d 777, 780 (8th Cir. 1995)(citation omitted). "Once indigent pro se litigants meet their burden of showing that their complaints are not frivolous . . . counsel should be appointed if the district court determines it is necessary." Id.

The standard used in determining the necessity of appointing counsel is whether both the litigant and the court would benefit from the assistance of counsel. Id. "'Factors bearing on this determination include: the factual complexity of the issues; the ability of an indigent to investigate the facts; the existence of conflicting testimony; the ability of an indigent to present his claim; and the complexity of the legal issues.'" Id. (quoting, Nachtigall v. Class, 48 F.3d 1076, 1081 (8th Cir. 1995)); see also Stevens v. Redwing, 146 F.3d 538, 547 (8th Cir. 1998); Bumgarner v. Malin, 97 F.3d 1456 (8th Cir. 1996); Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986).

Review of the file indicates the Plaintiff has already filed a response (Doc. 19) to the pending motion to dismiss (Doc. 13) and has filed a summary judgment motion (Doc. 21). It is clear from these documents that Plaintiff has conducted legal research. This case involves a single claim against a single Defendant. The motion for appointment of counsel (Doc. 28) is **DENIED.** After these pending motions have been ruled on, Plaintiff may submit another request for appointment of counsel and the Court will review the file at that time.

IT IS SO ORDERED this 8th day of March, 2017.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                              PLAINTIFF

VS.                              CASE NO. 17-3016

STATE OF ARKANSAS                                                       DEFENDANT

## NOTICE OF INTERLOCUTORY APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice o Interlocutory Appeal.

1. Specifically, I wish to appeal the District Court's order denying my motion for appointment of counsel.

2. This is an immediately appealable order. See Slaughter v. City of Maplewood, 731 F. 2d 587, 582 (8th Cir. 1984) ("we have little hesitation in concluding that the district court's order denying Slaughter appointment of counsel is immediately appealable under Cohen's collateral order exception to the final judgment rule").

3. I am also attaching an application for leave to proceed *in forma pauperis*, so that I may proceed without paying fees.

So notified on this, the 10th day of April, 2017

David Stebbins
123 W. Ridge St.,
ATP D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

P.S. This is a timely appeal because it's filed before April 17, 2017, which means it's less than 30 days after Judge Brooks issued his order (doc. 39) on March 17.



U.S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  HARRISON  DIVISION

## 17-3016  DAVID A. STEBBINS  vs.  STATE OF ARKANSAS et al.

| | | |
|---|---|---|
| Length of Trial: | **NONE** | |
| Financial Status: Fee Paid? | Yes | No **XX** |
| If NO, has IFP been granted? | Yes | No **XX - DENIED** |
| Is there a pending motion for IFP? | Yes | No **XX** |
| Are there any other post-judgment motions? | Yes | No **XX** |

Please identify the court reporter.

If no court reporter, please check  **XXXXX**

Name
Address

Telephone Number

**CRIMINAL CASES ONLY:**
Is the defendant incarcerated?                Yes   No
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.


SPECIAL COMMENTS: