FILED

MAY 22 2017

MICHAEL GANS
CLERK OF COURT

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DAVID A. STEBBINS     PLAINTIFF

VS.     CASE NO. 17-1920

STATE OF ARKANSAS AND
BOONE COUNTY CIRCUIT CLERK     DEFENDANT

## MOTION TO STAY PROCEEDINGS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion to Stay Proceedings pending resolution of the Motion for Reconsideration in the District Court.

1. Because I am pro se and therefore not allowed ECF access, my motions must be sent in the mail. As such, it takes a few days to get to the District Court for filing.

2. After mailing my Notice of Interlocutory Appeal, but before it actually arrived in the district court, District Judge Timothy Brooks *sua sponte* dismissed the entire case.

3. This means that the interlocutory appeal is no longer interlocutory. At best, the denial of appointment of counsel should be lumped in with the regular appeal, rather than have it be litigated separately as an interlocutory appeal.

4. I have filed a Motion for Reconsideration and to Recuse in the District Court. See Doc. 55 & 56. As of the time of this filing, that motion is still pending.

5. To prevent confusion of the issues, and to prevent the record from becoming heavily convoluted, I ask that this appeal be stayed until the District Court has a chance to rule on the Motion for Reconsideration and to Recuse. If the motion is granted, then we can proceed with this appeal as a normal interlocutory appeal. If the motion is denied, that adds another adverse order that I will want to appeal.

6. For expediency's sake, we should condense all the appealable orders together in one

appeal. Normally, an interlocutory order such as one denying appointment of counsel can be immediately appealed, separately from the rest of the case. But that's assuming the case was still open in the district court. Due to the timing of the district court's sua sponte order of dismissal (which was after I mailed the notice of interlocutory appeal but before it was filed by the clerk), this heavily confuses the normal process of an interlocutory appeal.

7. To solve this confusion, a stay of proceedings would probably be ideal.

8. I therefore ask that this case be paused until the District Court rules on the pending Motion for Reconsideration and to Recuse.

So requested on this, the 22nd day of May, 2017.

*David S. Stebbins* (signature)

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com