# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 07, 2017

Mr. David A. Stebbins
Apartment D
123 W. Ridge Street
Harrison, AR  72601

RE:  17-1920  David Stebbins v. Arkansas, State of, et al

Dear Mr. Stebbins:

This office has received certified copies of an amended notice of appeal and docket entries from the Clerk of the United States District Court. We have filed the amended notice of appeal in the above case docketed in this court on April 28, 2017.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:    Ms. Ka Tina R. Hodge
       Mr. Jason E Owens
       Mr. Douglas F. Young

        District Court/Agency Case Number(s):   3:17-cv-03016-TLB